UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC BELL TELEPHONE COMPANY,<br><br>                              Plaintiff,<br><br>v.<br><br>MARINE TAXONOMIC SERVICES, LTD,<br><br>                              Defendant. | Case No.:  23-cv-1747-DMS-KSC<br><br>**ORDER:**<br><br>**(1) DENYING PACIFIC BELL TELEPHONE'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA;**<br>**(2) REQUIRING COMPLIANCE WITH CHAMBERS RULES; AND**<br>**(3) SETTING BRIEFING SCHEDULE FOR MOTION TO ENFORCE SUBPOENA**<br><br>**[DKT. NO. 1]** |

Before the Court is Pacific Bell Telephone Company's ("Pacific Bell") Motion to Compel Compliance with Subpoena ("Motion"). Dkt. No. 1. On or before **October 13, 2023**, counsel must meet and confer, by video conference or in person,[1] regarding (1) all

---

[1] Under no circumstances may counsel satisfy the "meet and confer" obligation by written correspondence alone. Counsel must thoroughly meet and confer and must make every effort to resolve all disputes without the necessity of further court intervention.

disputed issues raised in the Motion filed by Pacific Bell, and (2) whether Pacific Bell's Motion should be transferred to the U.S. District Court Eastern District of California. *See* Fed. R. Civ. P. 45(f).

If Pacific Bell and third-party Marine Taxonomic Services, Ltd. (MTS) do not resolve their dispute through the meet and confer process, counsel must file a "Joint Motion for Determination of Discovery Dispute" ("Joint Motion"). The Joint Motion is to include: (1) a declaration of compliance with the meet and confer requirement; (2) a statement by MTS regarding whether it consents to the transfer of Pacific Bell's Motion to the issuing court; (3) points and authorities (not to exceed 10 pages per side) in which each side succinctly addresses all issues that remain in dispute at the conclusion of meet and confer efforts; and (4) the subpoena, which Pacific Bell did not file with its Motion.

The Joint Motion will supersede Pacific Bell's Motion and should set forth in full both sides' positions as to all disputed issues. This filing will be the only briefing the Court will consider, and counsel are directed to review Judge Crawford's Chambers' Rules for joint motion practice. Any exhibits accompanying the Joint Motion must also be filed; however, counsel may not attach copies of any meet and confer correspondence to the Joint Motion. Unless the Court directs otherwise, this matter will be resolved without oral argument.

Accordingly, the Court DENIES without prejudice Pacific Bell's Motion. Dkt. No. 2. Pacific Bell's counsel must serve a copy of this Order on MTS and all parties to the underlying Eastern District of California case and file the proof of service on or before **September 29, 2023**.

**IT IS SO ORDERED.**

Dated: September 21, 2023

Hon. Karen S. Crawford
United States Magistrate Judge