1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   CALIFORNIA SPORTFISHING                    Case No.  2:21-cv-00073-JDP
     PROTECTION ALLIANCE,
11
                    Plaintiff,
12
            v.
13
     PACIFIC BELL TELEPHONE
14   COMPANY,

15                  Defendants.

16
     PACIFIC BELL TELEPHONE                      Case No.  2:23-cv-03052-KJM-JDP (PS)
17   COMPANY,

18                  Petitioner,

19          v.

20    SETH JONES,

21                  Respondent.

22

23

24

25

26

27

28

                                            1

1   PACIFIC BELL TELEPHONE                    Case No.  2:24-cv-00022-KJM-JDP
    COMPANY,
2
                    Movant,
3
        v.
4
    MARINE TAXONOMIC SERVICES,
5   LTD.,

6                   Respondent.

7

8   CALIFORNIA SPORTFISHING                   Case No.  2:24-mc-00004-DAD-DB
    PROTECTION ALLIANCE,
9
                    Plaintiff,
10
        v.
11
    PACIFIC BELL TELEPHONE
12  COMPANY,

13                  Defendant.

14
    CALIFORNIA SPORTFISHING                   Case No.  2:24-mc-00096-DAD-JDP
15  PROTECTION ALLIANCE,

16                  Plaintiff,

17      v.

18  PACIFIC BELL TELEPHONE
    COMPANY,
19
                    Defendant.
20

21          Examination of the above-entitled actions reveals they are related within the meaning of

22  E.D. Cal. Local Rule 123.  The actions arise out of the same transaction or series of transactions

23  and would therefore entail a substantial duplication of labor if heard by different judges.

24  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial

25  savings of judicial effort and is also likely to be convenient for the parties.  Under the regular

26  practice of this court, related cases are generally assigned to the judge to whom the first filed

27  action was assigned.  Given that the first action is assigned to Magistrate Judge Jeremy D.

28
                                            2

1  Peterson, and that all parties to 2:24-mc-00004-DAD-DB and 2:24-mc-00096-DAD-JDP have not

2  consented to the jurisdiction of a United States Magistrate Judge, the latter cases will be

3  reassigned to the undersigned and Magistrate Judge Peterson for all further proceedings.

4        Accordingly, IT IS THEREFORE ORDERED that the actions denominated

5  2:24-mc- 00004-DAD-DB and 2:24-mc-00096-DAD-JDP are reassigned to Chief Judge

6  Kimberly J. Mueller and Magistrate Judge Jeremy D. Peterson for all further proceedings.  The

7  caption on all documents filed in the reassigned cases shall be shown as 2:24-mc-00004-KJM-

8  JDP and 2:24-mc-00096-KJM-JDP.

9        IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustments in

10  case assignments to compensate for these reassignments.

11        IT IS SO ORDERED.

12  DATED:  June 20, 2024.

13

14  _____

15  CHIEF UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28